IN the MATTER OF the APPLICATION OF UNION ELECTRIC COMPANY d/b/a Ameren Missouri for the Issuance of an Accounting Authority Order Relating To Its Electrical Operations; Respondent,

**Missouri Public Service Commission, Respondent,**

v.

**Office of Public Counsel; Appellant,**

**MIEC, Appellant.**

**WD 77273, WD 77274**

Missouri Court of Appeals, Western District.

ORDER FILED: January 13, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 2015

Application for Transfer Denied April 28, 2015

Dustin Allison, Christina Baker, Jefferson City, MO, Counsel for Appellant, Office Public Counsel.

Edward Downey, Jefferson City, MO, Counsel for Appellant, MIEC.

Joshua Harden, Jennifer Heintz, Jefferson City, MO, Counsel for Respondent, Public Serv. Comm.

Lyman Mitten, II, Jefferson City, MO, James Lowery, Columbia, MO, Thomas Byrne, St. Louis, MO, Counsel for Respondent, Union Electric.

Before Division One: Thomas H. Newton, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

The Office of Public Counsel and Missouri Industrial Energy Consumers appeal the decision of the Public Service Commission to issue an Accounting Authority Order to the Union Electric Company D/B/A Ameren Missouri (Ameren) for unexpected lost revenue. We affirm. Rule 84.16(b).